# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELIK POGHOSYAN, | CASE No.: 1:19-cv-01205-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR FIRST FINANCIAL ASSET MANAGEMENT, INC. TO FILE AMENDED ANSWER |
| vs. | |
| FIRST FINANCIAL ASSET MANAGEMENT, INC., | (ECF No. 26) |
| Defendants. | |

On August 11, 2020, a stipulation was filed for First Financial Asset Management to file an amended answer in this action.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that First Financial Asset Management shall file an amended Answer to the second amended complaint on or before **August 14, 2020**.

IT IS SO ORDERED.

Dated:   **August 12, 2020**

UNITED STATES MAGISTRATE JUDGE

1