# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELIK POGHOSYAN,<br><br>Plaintiff,<br><br>v.<br><br>FIRST FINANCIAL ASSET MANAGEMENT, INC.<br><br>Defendant. | Case No. 1:19-cv-01205-SAB<br><br>ORDER VACATING ALL DATE AND MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 29)<br><br>THIRTY DAY DEADLINE |

On December 4, 2020, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **December 4, 2020**

UNITED STATES MAGISTRATE JUDGE

1